IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Lynn Noyes,

    Petitioner,               No. CIV S-05-0479 LKK PAN P

    vs.

Gloria Henry, Warden, et al.,

    Respondents.        ORDER
_____/

        Petitioner, a state prisoner proceeding pro se, has requested a certificate of appealability regarding this court's August 12, 2005, dismissal of her application for a writ of habeas corpus for failure to obtain leave to file a second or successive petition.  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. §§ 2244(b)(2), (3).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.  Fed. R. App. P. 22(b).

        Where, as here, the petition was dismissed on procedural grounds, a certificate of appealability "should issue if the prisoner can show:  (1) 'that jurists of reason would find it

1

1 debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of
2 reason would find it debatable whether the petition states a valid claim of the denial of a
3 constitutional right.'" Morris v. Woodford, 229 F.3d 775, 780 (9th Cir. 2000) (quoting Slack v.
4 McDaniel, 529 U.S. 473, 120 S.Ct. 1595, 1604 (2000)).

5 After careful review of the entire record herein, this court finds that petitioner has not satisfied the first requirement for issuance of a certificate of appealability in this case. Specifically, there is no showing that jurists of reason would find it debatable whether petitioner has obtained leave to file a second or successive petition. Accordingly, a certificate of appealability should not issue in this action.

IT IS SO ORDERED.

DATED: February 23, 2006.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT